# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:** | <u>Bey v. Commonwealth</u><br><u>of Pennsylvania</u> | : | **CIVIL NO. 1:CV-11-1191** |
| | | : | |
| **Inmate:** | **Amir Majike Deas**<br>**a/k/a Amir Majike Bey** | : | **(Judge Conner)** |
| | | : | |
| **ID Number:** | **11-00179** | : | **(Magistrate Judge Mannion)** |

## ORDER

On June 23, 2011, Amir Majike Deas, also known as Amir Majike Bey, an inmate currently confined at the Snyder County Prison, Selinsgrove, Pennsylvania, filed the above petition for writ of mandamus without submitting a filing fee or a motion to proceed <u>in forma pauperis</u>.  By Administrative Order dated June 27, 2011, the Petitioner was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed <u>in forma pauperis</u>.  The appropriate form was enclosed with the Order.  Notwithstanding this admonition, thirty (30) days have elapsed and the Petitioner has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

    S/ Christopher C. Conner  
    CHRISTOPHER C. CONNER  
    United States District Judge

Date:       August 5, 2011